

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2018

No. 04-18-00737-CV

**ESTATE OF ELAINE EISELE ADAMS, DECEASED**,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14997
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file docketing statement is hereby GRANTED. Time is extended to November 6, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court